1  Steven R. Blackburn, State Bar No. 154797
   sblackburn@ebglaw.com
2  Joseph D. Miller, State Bar No. 109032
   jmiller@ebglaw.com
3  Jang Hyuk Im, State Bar No. 181836
   jim@ebglaw.com
4  EPSTEIN BECKER & GREEN, P.C.
   One California Street, 26th Floor
5  San Francisco, California 94111-5427
   Telephone:   415.398.3500
6  Facsimile:   415.398.0955

7  Attorneys for Defendant
   AMERICAN DIABETES ASSOCIATIONS
8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

| 12 | MARILEE McGREGOR, | CASE NO.:  C 07 2820 MEJ |
|---|---|---|
| 13 | Plaintiff, | STATE COURT CASE NO: RG07321422 (Superior Court of California, County of Alameda) |
| 14 | v. | |
| 15 | AMERICAN DIABETES ASSOCIATION, an Ohio corporation; and DOES 1-10, inclusive, | CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT |
| 16 | | |
| 17 | Defendant. | |

18

19

20  STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

21  1.   At the time of service I was at least 18 years of age and **not a party to this legal action**.

22  2.   My business address is One California Street, 26th Floor, San Francisco, California
        94111-5427.
23
    3.   I served copies of the following documents (specify the exact title of each document
24        served):

25       1.   **NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**
         2.   **NOTICE TO STATE COURT OF FILING OF REMOVAL OF ACTION**
26
    4.   I served the documents listed above in item 3 on the following persons at the addresses
27        listed:

28

---

SF:142919v1                                   Certificate Of Service Of Notice To Adverse Party
                                              Case No. C 07 2820 MEJ

|  |  |
|---|---|
| Patrice R. Zabell, Esq.<br>Law Offices of Patrice R. Zabell<br>2700 Ygnacio Valley Road<br>Suite 270<br>Walnut Creek, CA  94598-3463 | *Attorney for Plaintiff*<br><br>Tel    925.932.9455<br>Fax   925.932.9468<br>E-mail zabell_law@sbcglobal.net |

5.   a. ☐   **By personal service.** I personally delivered the documents on the date shown below to the persons at the addresses listed above in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party delivery was made to the party or by leaving the documents at the party's residence between the hours of eight in the morning and six in the evening with some person not less than 18 years of age.

     b. ☐   **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and *(specify one):*

           (1) ☐   deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid on the date shown below, or

           (2) ☐   placed the envelope for collection and mailing on the date shown below, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

     I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California.

     c. ☒   **By overnight delivery.** I enclosed the documents on the date shown below in an envelope or package provided by an overnight delivery carrier and addressed to the person at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

     d. ☐   **By messenger service.** I served the documents on the date shown below by placing them in an envelope or package addressed to the person on the addresses listed in item 4 and providing them to a professional messenger service for service. (A declaration by the messenger must accompany this proof of service or be contained in the Declaration of Messenger below.)

     e. ☐   **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents on the date shown below to the fax numbers of the persons listed in item 4. No error was reported by the fax machine that I used. A copy of the fax transmission, which I printed out, is attached.

     f. ☐   **By e-mail or electronic transmission.** Based on an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed in item 4. I did not receive within a reasonable time after the transmission any electronic message or other indication that the transmission was unsuccessful.

6. I served the documents by the means described in item 5 on *(date):* May 31, 2007

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 5/31/07 | Clara Chun | *Clara Chun* |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

### DECLARATION OF MESSENGER

☐ **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 4. I delivered the documents on the date shown below to the persons at the addresses listed in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package, which was clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence between the hours of eight in the morning and six in the evening with some person not less than 18 years of age.

At the time of service, I was at least 18 years of age. I am not a party to the above referenced legal proceeding.

I served the envelope or package, as stated above, on *(date):* _____

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| _____ | _____ | _____ |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |