1  Steven R. Blackburn, State Bar No. 154797
   sblackburn@ebglaw.com
2  Joseph D. Miller, State Bar No. 109032
   jmiller@ebglaw.com
3  Jang Hyuk Im, State Bar No. 181836
   jim@ebglaw.com
4  EPSTEIN BECKER & GREEN, P.C.
   One California Street, 26th Floor
5  San Francisco, California 94111-5427
   Telephone: 415.398.3500
6  Facsimile: 415.398.0955

7  Attorneys for Defendant
   AMERICAN DIABETES ASSOCIATIONS
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 | MARILEE McGREGOR,                      | CASE NO. C 07 2820
13 |         Plaintiff,                     | PROOF OF SERVICE OF INITIAL
   |                                         | DOCUMENTS
14 |     v.
15 | AMERICAN DIABETES ASSOCIATION,
   | an Ohio corporation; and DOES 1-10,
16 | inclusive,
17 |         Defendants.
18

19 STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

20 1.  At the time of service I was at least 18 years of age and **not a party to this legal action**.

21 2.  My business address is One California Street, 26th Floor, San Francisco, California
22     94111-5427.

- 1 -

3. I served copies of the following documents (specify the exact title of each document served):

- US DISTRICT COURT NORTHERN CALIFORNIA, ECF REGISTRATION INFORMATION HANDOUT

- US DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL

- UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

- UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

- WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO

- UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

- CASE MANAGEMENT STANDING ORDER MAGISTRATE JUDGE MARIA-ELENA JAMES

- UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, STANDING ORDER RE: DISCOVERY AND DISPUTE PROCEDURES FOR CASES ASSIGNED OR REFERRED TO MAG. JUDGE MARIA-ELENA JAMES

- IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] CASE MANAGEMENT ORDER

- NOTICE OF TRIAL ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE AND ORDER TO FILE CONSENT/REQUEST FOR REASSIGNMENT FORM

- IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, CONSENT TO ASSIGNMENT OR REQUEST FOR REASSIGNMENT

- STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

- 2 -

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

    Patrice R. Zabell, Esq.                 *Attorney for Plaintiffs*
    Law Offices Of Patrice R. Zabell
    2700 Ygnacio Valley Road, Suite 270
    Walnut Creek, CA 94598-3463

5. a. ☐ **By personal service.** I personally delivered the documents on the date shown below to the persons at the addresses listed above in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party delivery was made to the party or by leaving the documents at the party's residence between the hours of eight in the morning and six in the evening with some person not less than 18 years of age.

   b. ☐ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and *(specify one):*

     (1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid on the date shown below, or

     (2) ☐ placed the envelope for collection and mailing on the date shown below, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

   I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California.

   c. ☒ **By overnight delivery.** I enclosed the documents on the date shown below in an envelope or package provided by an overnight delivery carrier and addressed to the person at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

   d. ☐ **By messenger service.** I served the documents on the date shown below by placing them in an envelope or package addressed to the person on the addresses listed in item 4 and providing them to a professional messenger service for service. (A declaration by the messenger must accompany this proof of service or be contained in the Declaration of Messenger below.)

   e. ☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents on the date shown below to the fax numbers of the persons listed in item 4. No error was reported by the fax machine that I used. A copy of the fax transmission, which I printed out, is attached.

- 3 -

SF:142924v1                          Proof of Service
                                                    Case No. C 07 2820

f. ☐ **By e-mail or electronic transmission.** Based on an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed in item 4. I did not receive within a reasonable time after the transmission any electronic message or other indication that the transmission was unsuccessful.

6. I served the documents by the means described in item 5 on *(date)*: June 1, 2007

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 5/31/07 | Clara Chun | *Clara Chun* |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

## DECLARATION OF MESSENGER

☐ **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 4. I delivered the documents on the date shown below to the persons at the addresses listed in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package, which was clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence between the hours of eight in the morning and six in the evening with some person not less than 18 years of age.

At the time of service, I was at least 18 years of age. I am not a party to the above referenced legal proceeding.

I served the envelope or package, as stated above, on *(date)*: _____

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| _____ | _____ | _____ |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

- 4 -