PATRICE R. ZABELL, SBN# 215459
LAW OFFICES OF PATRICE R. ZABELL
2700 Ygnacio Valley Road, Suite 270
Walnut Creek, California 94598-3463
Telephone: (925) 932-9455
Facsimile: (925) 932-9468

Attorney for Plaintiff
Marilee McGregor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| MARILEE McGREGOR,<br><br>    Plaintiff,<br><br>vs.<br><br>AMERICAN DIABETES ASSOCIATION; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 3:07-CV-02820-MEJ<br><br>**DECLARATION OF PATRICE R. ZABELL IN SUPPORT OF MOTION FOR ORDER REMANDING CASE TO STATE COURT**<br><br>**Date: August 9, 2007**<br>**Time: 10:00 a.m.**<br>**Courtroom No.: Courtroom B, 15th Floor**<br>**Judge: Hon. Maria-Elena James** |

I, Patrice R. Zabell, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and before this Court. I am attorney of record for Plaintiff, Marilee McGregor. I have personal knowledge of the matters stated herein, and if called upon to testify as a witness, could and would competently testify thereto.

2. This declaration is submitted in regard to attorneys' fees and costs expended in preparing and filing the Notice of Motion, Motion, and Points and Authorities with which this Declaration is concurrently submitted.

3. I believe that Defendants had no reasonable basis for removing the case to federal court, based on the following facts and circumstances. Opposing counsel, Joseph Miller, telephoned me on May 23, 2007. During our conversation, Mr. Miller asked when and

LAW OFFICES OF
PATRICE R. ZABELL
2700 Ygnacio Valley Road
Suite 270
Walnut Creek, CA 94598
TEL: (925) 932-9455
FAX: (925) 932-9468

1   DECLARATION OF PATRICE R. ZABELL IN SUPPORT OF MOTION FOR ORDER REMANDING CASE TO STATE COURT

how we served the summons and complaint in this action. I checked our calendaring system and Plaintiff's pleading file and determined that the summons and complaint were mailed to C T Corporation Systems at 818 West Seventh Street, Los Angeles, CA 90017, on April 24, 2007, and I so informed Mr. Miller of those exact facts. Furthermore, I confirmed for Mr. Miller that we got the name and address of Defendant's agent for service of process from the California Secretary of State's internet website.

4. As a result of the instant Motion, I have expended 16 hours in review of the file, in research of applicable federal and state law, in preparation of the notice of motion, the motion, the memorandum of points and authorities, and this declaration. I anticipate four hours to prepare a reply and three hours to prepare for and attend the hearing on this motion. I have practiced employment litigation in Contra Costa County for five years. My hourly rate is $250, which is reasonable for like services in the community in which I practice. The total attorneys' fees and costs expended, including those anticipated, will be $5,750.00.

I declare under penalty of perjury of the law that the foregoing is true and correct. Executed this 28th day of June, 2007, in Walnut Creek, California.

                    /s/ Patrice R. Zabell
                       Patrice R. Zabell

LAW OFFICES OF
PATRICE R. ZABELL
2700 Ygnacio Valley Road
Suite 270
Walnut Creek, CA 94598
TEL: (925) 932-9455
FAX: (925) 932-9468

2    DECLARATION OF PATRICE R. ZABELL IN SUPPORT OF MOTION FOR ORDER REMANDING CASE TO STATE COURT