PATRICE R. ZABELL, SBN# 215459
LAW OFFICES OF PATRICE R. ZABELL
2700 Ygnacio Valley Road, Suite 270
Walnut Creek, California 94598-3463
Telephone:    (925) 932-9455
Facsimile:    (925) 932-9468

Attorney for Plaintiff
Marilee McGregor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| MARILEE McGREGOR,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AMERICAN DIABETES<br>ASSOCIATION; and DOES 1-10,<br>inclusive,<br><br>　　　　Defendants. | Case No. 3:07-CV-02820-MEJ<br><br>**DECLARATION OF RENEE MORRISSEY<br>IN SUPPORT OF MOTION FOR ORDER<br>REMANDING CASE TO STATE COURT**<br><br>**Date:   August 9, 2007**<br>**Time:  10:00 a.m.**<br>**Courtroom No.:  Courtroom B, 15th Floor**<br>**Judge:  Hon. Maria-Elena James** |

I, Renee Morrissey, declare as follows:

1.      I am a legal assistant employed by the Law Offices of Patrice R. Zabell, attorney of record for plaintiff herein.

2.      I have personal knowledge of the facts set forth in this declaration and if called to testify, could testify competently to such matters.

3.      On April 24, 2007, I mailed the Summons and Complaint in the matter of *Marilee McGregor v. American Diabetes Association*, Alameda Country Superior Court Case No. RG07321422 to C T Corporation at 818 West Seventh Street, Los Angeles, CA 90017, via first class U.S. Mail.  I obtained the address from the website of the California Secretary of State.

LAW OFFICES OF
PATRICE R. ZABELL
2700 Ygnacio Valley Road
Suite 270
Walnut Creek, CA  94598
TEL: (925) 932-9455
FAX: (925) 932-9468

1    DECLARATION OF RENEE MORRISSEY IN
SUPPORT OF MOTION FOR ORDER REMANDING
CASE TO STATE COURT

1        I declare under penalty of perjury under the laws of the State of California that the

2    foregoing is true and correct.  Executed this 28th day of June, 2007, in Walnut Creek, California.

3

4                                      /s/ Renee Morrissey

5                                     Renee Morrissey

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
PATRICE R. ZABELL
2700 Ygnacio Valley Road
Suite 270
Walnut Creek, CA  94598
TEL: (925) 932-9455
FAX: (925) 932-9468

2    DECLARATION OF RENEE MORRISSEY IN
SUPPORT OF MOTION FOR ORDER REMANDING
CASE TO STATE COURT