1 PATRICE R. ZABELL, SBN# 215459
2 LAW OFFICES OF PATRICE R. ZABELL
   2700 Ygnacio Valley Road, Suite 270
3 Walnut Creek, California 94598-3463
4 Telephone:    (925) 932-9455
   Facsimile:    (925) 932-9468
5
   Attorney for Plaintiff
6 Marilee McGregor

7

8              UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

10

11 | MARILEE McGREGOR,                          | Case No. 3:07-CV-02820-MEJ
12 |     Plaintiff,                             |
13 | vs.                                        | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR ORDER REMANDING CASE TO STATE COURT**
14 | AMERICAN DIABETES                          |
15 | ASSOCIATION; and DOES 1-10, inclusive,     | **Date: August 9, 2007**
   |                                            | **Time: 10:00 a.m.**
16 |     Defendants.                            | **Courtroom No.: Courtroom B, 15th Floor**
   |                                            | **Judge: Hon. Maria-Elena James**
17

18    Plaintiff, by and through her attorney, hereby requests the Court take judicial notice
19 pursuant to Federal Rule of Evidence 201 of the fact that both April 24, 2007 and May 1, 2007
20 fell on Tuesdays.

21 Dated: June 28, 2007                    LAW OFFICES OF PATRICE R. ZABELL
22
23                                          By:___/s/ Patrice R. Zabell_____
                                                  Patrice R. Zabell
24                                                Attorney for Plaintiff Marilee McGregor

25
26
27
28

LAW OFFICES OF
PATRICE R. ZABELL
2700 Ygnacio Valley Road
Suite 270
Walnut Creek, CA 94598
TEL: (925) 932-9455
FAX: (925) 932-9468

1 REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR ORDER REMANDING CASE TO STATE COURT AND AWARDING COSTS AND ATTORNEYS' FEES AND POINTS AND AUTHORITIES IN SUPPORT OF MOTION