PATRICE R. ZABELL, SBN# 215459
LAW OFFICES OF PATRICE R. ZABELL
2700 Ygnacio Valley Road, Suite 270
Walnut Creek, California 94598-3463
Telephone:   (925) 932-9455
Facsimile:    (925) 932-9468

Attorney for Plaintiff
Marilee McGregor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| MARILEE McGREGOR,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AMERICAN DIABETES ASSOCIATION; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 3:07-CV-02820-MEJ<br><br>**[PROPOSED] ORDER REMANDING CASE TO STATE COURT AND AWARDING COSTS AND ATTORNEYS' FEES TO PLAINTIFF**<br><br>**Date:  August 9, 2007**<br>**Time: 10:00 a.m.**<br>**Courtroom No.:  Courtroom B, 15th Floor**<br>**Judge:  Hon. Maria-Elena James** |

　　　　The motion to remand came on for hearing before this Court, Patrice R. Zabell appearing for plaintiff, and Joseph Miller appearing for defendant. After consideration of the briefs and arguments of counsel, and all other matters presented to the Court, the Court finds that defendant's Notice of Removal was not filed in a timely manner.

　　　　Accordingly, and for good cause shown, IT IS HEREBY ORDERED as follows:

　　　　1.　　That the instant action be remanded back to state court;

　　　　2.　　That defendant pay an award of attorneys' fees and costs to plaintiff in the amount of $5,750.00; and

　　　　3.　　That pursuant to FRCP11, defendant pay sanctions in the amount of $_____.

LAW OFFICES OF
PATRICE R. ZABELL
2700 Ygnacio Valley Road
Suite 270
Walnut Creek, CA 94598
TEL: (925) 932-9455
FAX: (925) 932-9468

1   [PROPOSED] ORDER REMANDING CASE TO STATE COURT AND AWARDING COSTS AND ATTORNEYS' FEES TO PLAINTIFF

1    4.   That the Clerk of the Court send a certified copy of this Order to the Clerk of the
2   Superior Court of California, County of Sacramento, where this action was originally filed.

DATED: _____        _____
                                       Hon. Maria-Elena James
                                       United States District Judge

LAW OFFICES OF
PATRICE R. ZABELL
2700 Ygnacio Valley Road
Suite 270
Walnut Creek, CA  94598
TEL: (925) 932-9455
FAX: (925) 932-9468

2   [PROPOSED] ORDER REMANDING CASE TO STATE
    COURT AND AWARDING COSTS AND ATTORNEYS'
    FEES TO PLAINTIFF