1  Steven R. Blackburn, State Bar No. 154797
   Joseph D. Miller, State Bar No. 109032
2  EPSTEIN BECKER & GREEN, P.C.
   One California Street, 26th Floor
3  San Francisco, California 94111-5427
   Telephone:    415.398.3500
4  Facsimile:    415.398.0955
   sblackburn@ebglaw.com
5  jmiller@ebglaw.com

6  Attorneys for Defendant,
   AMERICAN DIABETES ASSOCIATION
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | MARILEE McGREGOR,                          | CASE NO. C 07-02820 MEJ
12 |         Plaintiff,                         | **CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE MARIA-ELENA JAMES**
13 | v.                                         |
14 | AMERICAN DIABETES ASSOCIATION,             |
   | an Ohio non-profit corporation; and DOES 1-|
15 | 10, inclusive,                             |
16 |         Defendants.                        |
17

18         In accordance with the provisions of 18 U.S.C. § 636(c), the undersigned party

19 hereby consents to have United States Magistrate Judge Maria-Elena James conduct any and all

20 further proceedings in this case, including trial, and order the entry of final judgment, and

21 voluntarily waives the right to proceed before a United States District Judge.

22

23 DATED: July 10, 2007            EPSTEIN BECKER & GREEN, P.C.

24

25                                 By /s/ Joseph D. Miller
                                      Joseph D. Miller
26
                                   Attorneys for Defendant
27                                 AMERICAN DIABETES ASSOCIATION

28

SF:145036v1                                            CONSENT TO ASSIGNMENT
                                                       CASE NO. C 07-02820 MEJ