PATRICE R. ZABELL, SBN# 215459
LAW OFFICES OF PATRICE R. ZABELL
2700 Ygnacio Valley Road, Suite 270
Walnut Creek, California 94598-3463
Telephone:  (925) 932-9455
Facsimile:   (925) 932-9468
E-mail:        zabell_law@comcast.net

Attorney for Plaintiff
Marilee McGregor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| MARILEE McGREGOR,<br><br>  Plaintiff,<br><br>vs.<br><br>AMERICAN DIABETES ASSOCIATION; and DOES 1-10, inclusive,<br><br>  Defendants. | Case No. 3:07-CV-02820-MEJ<br><br>**CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE MARIA-ELENA JAMES** |

In accordance with the provisions of 18 U.S.C. § 636(c), the undersigned party hereby consents to have United States Magistrate Judge Maria-Elena James conduct any and all further proceedings in this case, including trial, and order the entry of final judgment, and voluntarily waives the right to proceed before a United States District Judge.

DATED: July 19, 2007                    LAW OFFICES OF PATRICE R. ZABELL

By: _____/s/ Patrice R. Zabell_____
        Patrice R. Zabell, Esq.
        Attorney for Plaintiff

1   CONSENT TO PROCEED BEFORE UNITED STATES
    MAGISTRATE JUDGE MARIA-ELENA JAMES