Steven R. Blackburn, State Bar No. 154797
sblackburn@ebglaw.com
Joseph D. Miller, State Bar No. 109032
jmiller@ebglaw.com
Jang Hyuk Im, State Bar No. 181836
jim@ebglaw.com
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone: 415.398.3500
Facsimile: 415.398.0955

Attorneys for Defendant
AMERICAN DIABETES ASSOCIATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILEE McGREGOR,<br><br>  Plaintiff,<br><br>v.<br><br>AMERICAN DIABETES ASSOCIATION, an Ohio non-profit corporation; and DOES 1-10, inclusive,<br><br>  Defendants. | CASE NO. 3:07-CV-02820-MEJ<br><br>**DECLARATION OF JERE KEPRIOS IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR ORDER REMANDING CASE TO STATE COURT** |

I, Jere Keprios, declare that I have personal knowledge of each of the facts stated below:

1. I am employed by CT Corporation. I have been employed with CT Corporation for over twenty-three (23) years and currently hold the position of Senior Process Specialist. I have held this position for four (4) years.

2. The duties of Senior Process Specialist are to receive and forward on process on behalf of companies for which CT Corporation acts as registered agent for in the state of California.

3. I am familiar with CT Corporation's processes and policies in handling and accepting service as the legal registered agent for service of process for numerous business entities and corporations.

SF:144964v2

4. CT Corporation is the legal registered agent for service of process for the American Diabetes Association. According to our service of process records, which I have reviewed, CT Corporation received a summons and complaint ("McGregor Complaint") regarding *Marilee McGregor v. American Diabetes Association*, filed with the Alameda County Court, and given the case number RG07321422.

5. CT Corporation received service of the McGregor Complaint by regular mail on May 1, 2007 at its address to receive service located at 818 West Seventh Street, Los Angeles, California 90017.

6. CT Corporation has an office in Walnut Creek, California. Service of process is not handled at the Walnut Creek office. The Walnut Creek office is for sales purpose only. The McGregor complaint was not sent to, served with, or received by the Walnut Creek office.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Los Angeles, California.

DATED: July 16, 2007

By: _____
Jere Keprios
Senior Process Specialist
CT CORPORATION

SF:144964v2