Steven R. Blackburn, State Bar No. 154797
sblackburn@ebglaw.com
Joseph D. Miller, State Bar No. 109032
jmiller@ebglaw.com
Jang Hyuk Im, State Bar No. 181836
jim@ebglaw.com
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone:    415.398.3500
Facsimile:    415.398.0955

Attorneys for Defendant
AMERICAN DIABETES ASSOCIATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILEE McGREGOR,<br><br>  Plaintiff,<br><br>  v.<br><br>AMERICAN DIABETES ASSOCIATION, an Ohio non-profit corporation; and DOES 1-10, inclusive,<br><br>  Defendants. | CASE NO.<br><br>**DECLARATION OF DUANE BROWN, ESQ. IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR ORDER REMANDING CASE TO STATE COURT** |

I, Duane Brown, declare:

1.    I am an Attorney at Law and Vice President, Legal Affairs and Administrative Services for the Defendant American Diabetes Association ("ADA").

2.    CT Corporation is the American Diabetes Association's legal agent for service of process in the State of California.

3.    I received the summons and complaint in the matter of Marilee McGregor v. American Diabetes Association filed with the Superior Court of the State of California, County

SF:145126v2                                                                                    Declaration of Duane Brown

1  of Alameda with case number RG076321422 from CT Corporation on May 3, 2007 via Federal
2  Express at my office in Virginia.
3      4.    I received an email on May 1, 2007 from CT Corporation that notified me CT
4  Corporation had received the above summons and complaint on May 1, 2007.
5      I certify under oath that the foregoing is true and correct. Executed in Alexandria,
6  Virginia.
7  Dated:   July 13, 2007

                                            Duane Brown

- 2 -

Declaration of Duane Brown