1  Steven R. Blackburn, State Bar No. 154797
   sblackburn@ebglaw.com
2  Joseph D. Miller, State Bar No. 109032
   jmiller@ebglaw.com
3  Jang H. Im, State Bar No. 181836
   jim@ebglaw.com
4  EPSTEIN BECKER & GREEN, P.C.
   One California Street, 26th Floor
5  San Francisco, California 94111-5427
   Telephone:    415.398.3500
6  Facsimile:    415.398.0955

7  Attorneys for Defendant
   AMERICAN DIABETES ASSOCIATION
8

9  Patrice R. Zabell, State Bar No. 215459
   zabell_law@comcast.net
10 Law Offices of Patrice R. Zabell
   2700 Ygnacio Valley Road, Suite 270
11 Walnut Creek, California 94598-3463
   Telephone:    925.932.9455
12 Facsimile:    925.932.9468

13 Attorneys for Plaintiff
   MARILEE McGREGOR

14
15                    UNITED STATES DISTRICT COURT
16                   NORTHERN DISTRICT OF CALIFORNIA
17

| | |
|---|---|
| 18  MARILEE McGREGOR, | CASE NO. 3:07-CV-02820-MEJ |
| 19           Plaintiff, | E-Filing |
| 20  v. | STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |
| 21  AMERICAN DIABETES ASSOCIATION, an Ohio non-profit corporation; and DOES 1-10, inclusive, | |
| 22           Defendants. | |

23

24     Counsel report that they have met and conferred regarding ADR and have reached the

25 following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

26     The parties agree to participate in any of the following ADR processes:

27     **Court Processes:**

28     Mediation (ADR L.R. 6).

- 1 -

1 Early Neutral Evaluation (ADR L.R. 6).

2 Please note parties are amenable to a settlement conference.

3 The parties agree to hold the ADR session no later then February 28, 2008.

4 DATED: August 16, 2007                LAW OFFICES OF PATRICE R. ZABELL

5

6                                        By: /s/ Patrice R. Zabell
                                             Patrice R. Zabell
7                                            Attorneys for Plaintiff
                                             MARILEE McGREGOR
8

9

10 DATED: August 16, 2007               EPSTEIN BECKER & GREEN, P.C.

11

12                                       By: /s/
                                             Steven R. Blackburn
13                                           Joseph D. Miller
                                             Jang H. Im
14                                           Attorneys for Defendant
                                             AMERICAN DIABETES ASSOCIATION
15

16

17                                    **ORDER**

18     Pursuant to the Stipulation above, the captioned matter is hereby referred to either:

19 Mediation, Early Neutral Evaluation, or Settlement Conference. The deadline for ADR session

20 is the parties proposed deadline of: **February 28, 2008**

21     IT IS SO ORDERED.

22

23

24 DATED:_____             _____
                                     MARIA-ELENA JAMES
25                                   UNITED STATES MAGISTRATE JUDGE

26

27

28