STEVEN R. BLACKBURN    State Bar No. 154797
sblackburn@ebglaw.com
JOSEPH D. MILLER    State Bar No. 109032
jmiller@ebglaw.com
JANG HYUK IM    State Bar No. 181836
jim@ebglaw.com
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111
Telephone: (415) 398-3500
Facsimile: (415) 398-0955

Attorneys for Defendant
AMERICAN DIABETES ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILEE MCGREGOR,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN DIABETES ASSOCIATION, an Ohio non-profit corporation; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 3:07-CV-02820-MEJ<br><br>**STIPULATION FOR AN EXTENSION OF TIME FOR THE PARTIES TO EXCHANGE INITIAL DISCLOSURES**<br><br>[L.R. 6-1] |

Pursuant to Northern District Local Rule 6-1, the parties to this action, Plaintiff Marilee McGregor and Defendant American Diabetes Association ("ADA"), hereby stipulate, by and through their respective attorneys of record that the time to exchange their respective FRCivP Rule 26(f) initial disclosures shall be extended from August 30, 2007 to September 5, 2007.

///

///

///

///

SF:148691v1    Stipulation For Extension of Time to Exchange Initial Disclosures
C07-02820 MEJ

1  This extension will not alter or effect the date of any hearing or conference set by the
2  Court.
3  IT IS HEREBY STIPULATED.
4  DATED: August 31, 2007    EPSTEIN BECKER & GREEN, P.C.

By: _____
JANG HYUK IM
Attorneys for Defendants
American Diabetes Association

DATED: August 30, 2007    LAW OFFICES OF PATRICE R. ZABELL

By: _____
PATRICE R. ZABELL
Attorneys for Plaintiff
Marilee McGregor

- 2 - Stipulation For Extension of Time to Exchange Initial Disclosures
C07-02820 MEJ