# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| McGregor,<br><br>　　　　　Plaintiff(s),<br><br>　v.<br><br>American Diabetes Association,<br><br>　　　　　Defendant(s). | 07-02820 MEJ MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

　　　The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Baldwin Lee**
> Allen Matkins Leck Gamble & Mallory LLP
> Three Embarcadero Center, 12th Floor
> San Francisco, CA 94111
> 415-273-7446

　　　Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-02820 MEJ MED　　　　　　　　　　　- 1 -

1    Counsel are reminded that the written mediation statements required by the ADR
2 L.R. 6-7 shall NOT be filed with the court.

4 Dated: September 25, 2007

RICHARD W. WIEKING
Clerk
by:   Claudia M. Forehand

*/s/ Claudia M. Forehand*

ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-02820 MEJ MED                    - 2 -