Steven R. Blackburn, State Bar No. 154797
Joseph D. Miller, State Bar No. 109032
Jang Hyuk Im, State Bar No. 181836
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone:   415.398.3500
Facsimile:    415.398.0955
sblackburn@ebglaw.com
jmiller@ebglaw.com
jim@ebglaw.com

Attorneys for Defendant
AMERICAN DIABETES ASSOCIATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILEE McGREGOR,<br><br>            Plaintiff,<br><br>    v.<br><br>AMERICAN DIABETES ASSOCIATION, an Ohio non-profit corporation; and DOES 1-10, inclusive,<br><br>            Defendants. | CASE NO. 3:07-CV-02820-MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR THE PARTIES TO COMPLETE MEDIATION** |

Pursuant to Northern District of California Local Rules 6-1, 6-2, 7-1, and 7-12, the parties to this action, Plaintiff Marilee McGregor ("McGregor") and Defendant American Diabetes Association ("ADA"), hereby stipulate and request, by and through their respective attorneys of record, Ms. Patrice Zabell on behalf of Ms. McGregor and Joseph D. Miller on behalf of ADA that the time to complete mediation in this matter shall be extended from December 3, 2007 to February 15, 2008. Good cause for granting and ordering this stipulation are as follows:

Mr. Miller, counsel for ADA, is currently in a three-week arbitration requiring his full attention and time in the matter of *Sutter Health v. Kaiser Foundation Health Plan, Inc.*, JAMS Arbitration Case No: 1100045734. The arbitration commenced on October 29, 2007 and is

scheduled to end on November 16, 2007. The week following the arbitration is Thanksgiving week which is inconvenient for the parties and counsel.

The parties, through their counsel, attended a pre-mediation conference with their mediator, Baldwin Lee, Esq. During the conference, the parties discussed and agreed that settlement prospects would be increased if both sides took limited depositions before the mediation. Likewise the mediator agreed that the depositions should proceed before the mediation and does not object to continuing the mediation to February 15, 2008. Plaintiff intends to take the deposition of two ADA managers and ADA intends to take Ms. McGregor's deposition. It will be impossible to take these depositions before the December 3, 2007 which is the current and court-ordered last day to complete mediation.

Because of the holidays and both counsels' travel or trial schedules, February 15, 2008 is the first mutually agreeable date that the parties can complete necessary discovery and meaningfully proceed to mediation. Mr. Miller has prearranged plans to be in Africa beginning December 28, 2007 through January 17, 2008. Ms. Zabell is scheduled to begin a two-week trial in mid-January 2008.

The parties have been diligent in prosecuting and defending this matter. The stipulation is not entered into delaying this matter. Both sides agree that continuing the mediation deadline will increase the likelihood that the case can settle at mediation. There have been no other previous requests to modify time, either by stipulation or order. The requested time to extend the date of mediation will have no effect on any of the court's mandated discovery cut-off, conference, motion, or trial dates. In the interest of time, counsel filed this stipulation.

DATED: November 13, 2007     EPSTEIN BECKER & GREEN, P.C.

By: _____
Steven R. Blackburn
Joseph D. Miller
Jang Hyuk Im
Attorneys for Defendant
AMERICAN DIABETES ASSOCIATION

| | |
|---|---|
| DATED: October ~~6~~ Nov 6, 2007 | LAW OFFICES OF PATRICE R. ZABELL<br><br>By: _/s/ Patrice R. Zabell_<br>Patrice R. Zabell<br><br>Attorneys for Plaintiff<br>MARILEE McGregor |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

That the December 3, 2007 last date to complete mediation is vacated, and the new date to complete mediation is now February 15, 2008.

DATED: _____, 2007

_____
MAGISTRATE JUDGE MARIA-ELENA JAMES