1 | Steven R. Blackburn, State Bar No. 154797
Joseph D. Miller, State Bar No. 109032
2 | Jang Hyuk Im, State Bar No. 181836
EPSTEIN BECKER & GREEN, P.C.
3 | One California Street, 26th Floor
San Francisco, California 94111-5427
4 | Telephone:    415.398.3500
Facsimile:    415.398.0955
5 | sblackburn@ebglaw.com
jmiller@ebglaw.com
6 | jim@ebglaw.com

7 | Attorneys for Defendant
AMERICAN DIABETES ASSOCIATION
8 |

9 | **UNITED STATES DISTRICT COURT**

10 | **NORTHERN DISTRICT OF CALIFORNIA**

11 |

12 | MARILEE McGREGOR,                          CASE NO. 3:07-CV-02820-MEJ

13 |              Plaintiff,                    **DECLARATION OF JANG HYUK IM IN
SUPPORT OF STIPULATION
14 |       v.                                  EXTENDING TIME FOR THE PARTIES
TO COMPLETE MEDIATION**
15 | AMERICAN DIABETES ASSOCIATION,
an Ohio non-profit corporation; and DOES 1-
16 | 10, inclusive,

17 |              Defendants.

18 |

19 |       I, Jang Hyuk Im declare:

20 |       1.      I am a member of the California State Bar and a member of the law firm of

21 | Epstein, Becker Green P.C., counsel of record for Defendant, American Diabetes Association, in

22 | this case.  I have personal knowledge of the facts stated in this Declaration, and if called upon,

23 | could and would testify competently thereto.

24 |       2.      In accordance with Northern District of California Court Local Rule 6-2 and 7-12,

25 | the parties in the above-captioned matter stipulate to extend the time for the parties to complete

26 | the mediation in this matter from December 3, 2007 to no later then February 15, 2008.

27 |

28 |

1    3.    Good cause for granting the stipulation is present and are detailed below.

2    4.    Mr. Miller, lead counsel for ADA, has been putting his full attention and time into

3    a three-week arbitration beginning October 29, 2007 in the matter of *Sutter Health v. Kaiser*

4    *Foundation Health Plan, Inc.*, JAMS Arbitration Case No: 1100045734.   The arbitration is

5    scheduled to end no earlier then November 16, 2007.   The week following the arbitration is

6    Thanksgiving week which is inconvenient for the parties and counsel.

7    5.    The parties through their counsel, attended a pre-mediation conference with

8    mediator Baldwin Lee, Esq.   During the conference, the parties discussed and agreed that

9    settlement prospects would be increased if both sides took limited depositions before the

10   mediation.   Likewise, the mediator agreed that the depositions should proceed before the

11   mediation and does not object to continuing the mediation to February 15, 2008.   Plaintiff

12   intends to take the deposition of two ADA managers and ADA intends to take Ms. McGregor's

13   deposition.  It will be impossible to take these depositions before December 3, 2007, which is the

14   current and court-ordered last day to complete mediation.

15   7.    Because of the upcoming holidays and both counsels' travel or trial schedules,

16   February 15, 2008 is the first mutually agreeable date that both parties can complete the

17   necessary discovery and meaningfully proceed to mediation.  Mr. Miller has prearranged plans to

18   be in Africa from December 28, 2007 to January 17, 2008.  Ms. Zabell is scheduled to begin a

19   two-week trial in mid-January 2008.

20   8.    The parties have been diligent in prosecuting and defending this matter.   The

21   stipulation is not entered into to delay this matter.  Both sides agree that continuing the mediation

22   deadline will increase the likelihood that the case can settle at the mediation.  There have been no

23   other previous requests to modify time, either by stipulation or order.

24   //

25   //

26   //

27   //

28   //

- 2 -

1        9.     The requested time to extend the date of mediation will have no effect on any of

2  the court's mandated discovery cut-off, conference, motion, or trial dates.

3        I declare under penalty of perjury under the laws of the United States of America that to

4  the best of my knowledge the following is true and correct.

5        Executed on November 13, 2007, at San Francisco, California.

JANG HYUK IM