1  Steven R. Blackburn, State Bar No. 154797
   Joseph D. Miller, State Bar No. 109032
2  Jang Hyuk Im, State Bar No. 181836
   EPSTEIN BECKER & GREEN, P.C.
3  One California Street, 26th Floor
   San Francisco, California 94111-5427
4  Telephone:    415.398.3500
   Facsimile:    415.398.0955
5  sblackburn@ebglaw.com
   jmiller@ebglaw.com
6  jim@ebglaw.com

7  Attorneys for Defendant
   AMERICAN DIABETES ASSOCIATION
8

9                 UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11

12  MARILEE McGREGOR,                    CASE NO. 3:07-CV-02820-MEJ

13            Plaintiff,                 STIPULATION AND [PROPOSED]
                                         ORDER EXTENDING TIME FOR THE
14       v.                              PARTIES TO COMPLETE MEDIATION

15  AMERICAN DIABETES ASSOCIATION,
    an Ohio non-profit corporation; and DOES 1-
16  10, inclusive,

17            Defendants.

18

19       Pursuant to Northern District of California Local Rules 6-1, 6-2, 7-1, and 7-12, the parties

20  to this action, Plaintiff Marilee McGregor ("McGregor") and Defendant American Diabetes

21  Association ("ADA"), hereby stipulate and request, by and through their respective attorneys of

22  record, Ms. Patrice Zabell on behalf of Ms. McGregor and Joseph D. Miller on behalf of ADA

23  that the time to complete mediation in this matter shall be extended from December 3, 2007 to

24  February 15, 2008. Good cause for granting and ordering this stipulation are as follows:

25       Mr. Miller, counsel for ADA, is currently in a three-week arbitration requiring his full

26  attention and time in the matter of *Sutter Health v. Kaiser Foundation Health Plan, Inc.*, JAMS

27  Arbitration Case No: 1100045734. The arbitration commenced on October 29, 2007 and is

28

- 1 -

SF:150734v2                                              Stipulation for Extending Time
                                                         Case No. 3:07-CV-02820-MEJ

1  scheduled to end on November 16, 2007. The week following the arbitration is Thanksgiving
2  week which is inconvenient for the parties and counsel.
3      The parties, through their counsel, attended a pre-mediation conference with their
4  mediator, Baldwin Lee, Esq. During the conference, the parties discussed and agreed that
5  settlement prospects would be increased if both sides took limited depositions before the
6  mediation. Likewise the mediator agreed that the depositions should proceed before the
7  mediation and does not object to continuing the mediation to February 15, 2008. Plaintiff
8  intends to take the deposition of two ADA managers and ADA intends to take Ms. McGregor's
9  deposition. It will be impossible to take these depositions before the December 3, 2007 which is
10 the current and court-ordered last day to complete mediation.
11     Because of the holidays and both counsels' travel or trial schedules, February 15, 2008 is
12 the first mutually agreeable date that the parties can complete necessary discovery and
13 meaningfully proceed to mediation. Mr. Miller has prearranged plans to be in Africa beginning
14 December 28, 2007 through January 17, 2008. Ms. Zabell is scheduled to begin a two-week trial
15 in mid-January 2008.
16     The parties have been diligent in prosecuting and defending this matter. The stipulation
17 is not entered into delaying this matter. Both sides agree that continuing the mediation deadline
18 will increase the likelihood that the case can settle at mediation. There have been no other
19 previous requests to modify time, either by stipulation or order. The requested time to extend the
20 date of mediation will have no effect on any of the court's mandated discovery cut-off,
21 conference, motion, or trial dates. In the interest of time, counsel filed this stipulation.
22
23 DATED: November 13, 2007        EPSTEIN BECKER & GREEN, P.C.
24
25 By: _____
    Steven R. Blackburn
26     Joseph D. Miller
    Jang Hyuk Im
27     Attorneys for Defendant
    AMERICAN DIABETES ASSOCIATION
28

DATED: October 6, 2007 *NOV*

LAW OFFICES OF PATRICE R. ZABELL

By: _____
Patrice R. Zabell

Attorneys for Plaintiff
MARILEE McGregor

Case 3:07-cv-02820-MEJ   Document 26   Filed 11/13/2007   Page 3 of 4

- 3 -

SF:150734v1

Stipulation for Extending Time
Case No. 3:07-CV-02820-MEJ

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

That the December 3, 2007 last date to complete mediation is vacated, and the new date to complete mediation is now February 15, 2008.

DATED: November 14, 2007

MAGISTRATE JUDGE MARIA-ELENA JAMES

- 4 -

SF:150734v2

Stipulation for Extending Time
Case No. 3:07-CV-02820-MEJ