Steven R. Blackburn, State Bar No. 154797
Joseph D. Miller, State Bar No. 109032
Jang Hyuk Im, State Bar No. 181836
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone:    415.398.3500
Facsimile:    415.398.0955
sblackburn@ebglaw.com
jmiller@ebglaw.com
jim@ebglaw.com

Attorneys for Defendant
AMERICAN DIABETES ASSOCIATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILEE McGREGOR,<br><br>       Plaintiff,<br><br>   v.<br><br>AMERICAN DIABETES ASSOCIATION, an Ohio non-profit corporation; and DOES 1-10, inclusive,<br><br>       Defendants. | CASE NO. 3:07-CV-02820-MEJ<br><br>**PROOF OF SERVICE** |

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

1. At the time of service I was at least 18 years of age and **not a party to this legal action**.

2. My business address is One California Street, 26th Floor, San Francisco, California 94111-5427.

3. I served copies of the following documents (specify the exact title of each document served):

    **STIPULATION AND ORDER EXTENDING TIME
    FOR THE PARTIES TO COMPLETE MEDIATION**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

    Baldwin Lee, Esq.
    Allen Matkins Leck Gamble & Mallory LLP
    Three Embarcadero Center, 12th Floor
    San Francisco, CA 94111

- 1 -

SF:152954v1

PROOF OF SERVICE
CASE NO. 07-02820 MEJ

5. a. ☒ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and *(specify one):*

    (1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid on the date shown below, or

    (2) ☒ placed the envelope for collection and mailing on the date shown below, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California.

AND

ADR Program
450 Golden Gate Avenue
16th Floor, Room 16-6892
San Francisco, CA 94102
ADR@cand.uscourts.gov

5. b. ☒ **By e-mail or electronic transmission.** Based on an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed in item 4. I did not receive within a reasonable time after the transmission any electronic message or other indication that the transmission was unsuccessful.

6. I served the documents by the means described in item 5 on *(date):* November 14, 2007

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 11/14/07 | Doreen Garrett | *(signature)* |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

SF:152954v1

PROOF OF SERVICE
CASE NO. 07-02820 MEJ