Steven R. Blackburn, State Bar No. 154797
sblackburn@ebglaw.com
Joseph D. Miller, State Bar No. 109032
jmiller@ebglaw.com
Jang Hyuk Im, State Bar No. 181836
jim@ebglaw.com
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone: 415.398.3500
Facsimile: 415.398.0955

Attorneys for Defendant
AMERICAN DIABETES ASSOCIATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MARILEE McGREGOR, | CASE NO. 3:07-CV-02820-MEJ |
| Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| AMERICAN DIABETES ASSOCIATION, an Ohio non-profit corporation; and DOES 1-10, inclusive, | |
| Defendants. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: January 23, 2008

Epstein Becker & Green, P.C.

By: _____
Steven R. Blackburn
Joseph D. Miller
Jang Hyuk Im

Attorneys for Defendant
AMERICAN DIABETES ASSOCIATION