# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| McGregor,<br><br>        Plaintiff(s),<br><br>    v.<br><br>American Diabetes Association,<br><br>        Defendant(s). | No. C 07-02820 MEJ MED<br><br>**Certification of ADR Session** |

*Instructions*: *The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __2/15/08__

2. Did the case settle?    ☐ fully    ☐ partially    ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no

4. **IS THIS ADR PROCESS COMPLETED?**    ☒ YES    ☐ NO

Dated: __2/25/08__

_____
Mediator, Baldwin Lee
Allen Matkins Leck Gamble & Mallor LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111

Certification of ADR Session
07-02820 MEJ MED