1 PATRICE R. ZABELL, SBN# 215459
LAW OFFICES OF PATRICE R. ZABELL
2 2700 Ygnacio Valley Road, Suite 237
Walnut Creek, California 94598-3463
3 Telephone:   (925) 932-9455
Facsimile:    (925) 932-9468
4

5 Attorney for Plaintiff
MARILEE McGREGOR

6

7

8

UNITED STATES DISTRICT COUT

9

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

10

11

| MARILEE McGREGOR, | Case No.  3:07-CV-02820-MEJ |
|---|---|
| Plaintiff, | **NOTICE OF CHANGE OF ADDRESS** |
| vs. | |
| AMERICAN DIABETES ASSOCIATION, an Ohio corporation; and DOES 1-10, inclusive, | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE THAT effective March 10, 2008, the Law Offices of Patrice R. Zabell will relocate to the following address:

Law Offices of Patrice R. Zabell
2700 Ygnacio Valley Road, **Suite 237**
Walnut Creek, CA  94598

The telephone and fax numbers remain unchanged.

DATED: March 7, 2008                    LAW OFFICES OF PATRICE R. ZABELL


By:   /s/ Patrice R. Zabell, Esq.
         PATRICE R. ZABELL
         Attorney for Marilee McGregor

LAW OFFICES OF
PATRICE R. ZABELL
2700 Ygnacio Valley Road
Suite 270
Walnut Creek, CA  94598
TEL: (925) 932-9455
FAX: (925) 932-9468

1

NOTICE OF CHANGE OF ADDRESS
*McGregor v. American Diabetes Association, et al.*                                     Case No. 3:07-CV-02820-MEJ