IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARILEE MCGREGOR,                      No. C 07-2820 MEJ

        Plaintiff(s),

  vs.                                         **ORDER REQUESTING STATUS UPDATE**

AMERICAN DIABETES ASSOCIATION,

        Defendant(s).

_____/

       On February 15, 2008, the parties in the above-captioned matter participated in a mediation session, at which time the case did not settle. The Court also notes that the deadline for filing dispositive motions has passed, but neither party filed a motion for summary judgment. Accordingly, the Court ORDERS the parties to file a joint statement apprising the Court of the status of this case. In their statement, the parties shall also inform the Court whether a settlement conference before a magistrate judge would be beneficial.

       **IT IS SO ORDERED.**

Dated: May 9, 2008

                                                                            MARIA-ELENA JAMES
                                                                             United States Magistrate Judge