1  STEVEN R. BLACKBURN   State Bar No. 154797
   JOSEPH D. MILLER      State Bar No. 109032
2  JANG HYUK IM          State Bar No. 181836
   EPSTEIN BECKER & GREEN, P.C.
3  One California Street, 26th Floor
   San Francisco, California 94111
4  Telephone: (415) 398-3500
   Facsimile: (415) 398-0955
5
   Attorneys for Defendant
6  AMERICAN DIABETES ASSOCIATION

7
   PATRICE R. ZABELL  SBN 142836
8  LAW OFFICES OF PATRICE R. ZABELL
   2700 Ygnacio Valley Road, Suite 237
9  Walnut Creek, California 94598-3463
   Telephone: (925) 932-9455
10 Facsimile: (925) 932-9458

11 Attorneys for Plaintiff
   MARILEE MCGREGOR
12

13                    UNITED STATES DISTRICT COURT
14                   NORTHERN DISTRICT OF CALIFORNIA
15

16 MARILEE MCGREGOR,              )  CASE NO. C 07-02820 MEJ
17                                )
              Plaintiff,          )  DEFENDANT AMERICAN DIABETES
18                                )  ASSOCIATION AND PLAINTIFF
        v.                        )  MARILEE MCGREGOR'S JOINT CASE
19                                )  STATUS UPDATE
   AMERICAN DIABETES ASSOCIATION; )
20 an Ohio non-profit corporation; and DOES 1- )
   10, inclusive,                 )  Dept.:  Courtroom B, 15th Floor
21                                )  Judge:  The Honorable Maria-Elena James
              Defendants.         )
22                                )

23       Pursuant to this Court's May 9, 2008 Order Requesting Status Update, defendant
24 American Diabetes Association ("ADA") and plaintiff Marilee McGregor ("McGregor")
25 submit their Joint Case Status Update.
26 ///
27 ///
28

---
JOINT CASE STATUS UPDATE
C-07-02820 MEJ

## A. THE PARTIES HAVE AGREED TO A JOINT SETTLEMENT

On April 8, 2008, the parties attended a mediation with Jerry Spolter of JAMS in San Francisco that resulted in an agreement to settle the case. A settlement agreement and general release has been drafted and is in the process of being executed by the parties. Once execution of the agreement is finalized, plaintiff will file a dismissal, with prejudice, of all her claims with this court. The parties anticipate plaintiff's stipulation to dismiss this case will occur before the end of May.

DATED: May 13, 2008

EPSTEIN BECKER & GREEN, P.C.

By: _____
Jang Hyuk Im
Attorney for Defendant
AMERICAN DIABETES ASSOCIATION

DATED: May 12, 2008

LAW OFFICES OF PATRICE R. ZABELL

By: Patrice R. Zabell
Patrice R. Zabell
Attorney for Plaintiff
MARILEE MCGREGOR