1  PATRICE R. ZABELL, SBN# 215459
2  LAW OFFICES OF PATRICE R. ZABELL
   2700 Ygnacio Valley Road, Suite 237
3  Walnut Creek, California 94598-3463
   Telephone:  (925) 932-9455
4  Facsimile:  (925) 932-9468
5
   Attorney for Plaintiff
6  Marilee McGregor
7
8              UNITED STATES DISTRICT COURT
9        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO
10

11 | MARILEE McGREGOR,                  | Case No. 3:07-CV-02820-MEJ
12 |         Plaintiff,                 | NOTICE OF SETTLEMENT AND
13 | vs.                                | STIPULATION OF DISMISSAL
14 | AMERICAN DIABETES                  | Dept:  Courtroom B, 15th Floor
15 | ASSOCIATION; and DOES 1-10,        | Judge: Hon. Maria-Elena James
   | inclusive,
16 |         Defendants.
17

18   As previously reported in a Joint Case Status Report filed with this Court on May 14,
19   2008, the parties in this matter have settled all of their disputes. All necessary documentation
20   has been executed by the parties.
21       Accordingly, plaintiff, MARILEE McGREGOR, and defendant, AMERICAN
22   DIABETES ASSOCIATION, by and through their respective counsel, hereby stipulate to
23   dismiss this matter with prejudice.
24
25   Dated: __5/29__, 2008       LAW OFFICES OF PATRICE R. ZABELL
26
27                               By: _____
                                     Patrice R. Zabell
28                                   Attorney for Plaintiff, Marilee McGregor

LAW OFFICES OF
PATRICE R. ZABELL
2700 Ygnacio Valley Road
Suite 237
Walnut Creek, CA 94598
TEL: (925) 932-9455
FAX: (925) 932-9468

                                 1   NOTICE OF SETTLEMENT AND STIPULATION
                                     OF DISMISSAL   Case No. 3:07-CV-02820-MEJ

1  Dated: May 29, 2008            EPSTEIN BECKER & GREEN, P.C.
2
3                                 By: _____
4                                     Jang Hyuk-Im
                                      Attorney for Defendant
5                                     American Diabetes Association
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES OF
PATRICE R. ZABELL
2700 Ygnacio Valley Road
Suite 237
Walnut Creek, CA 94598
TEL: (925) 932-9455
FAX: (925) 932-9468

                                  2   NOTICE OF SETTLEMENT AND STIPULATION
                                      OF DISMISSAL   Case No. 3:07-CV-02820-MEJ