05/29/2008 16:38 4133586935 EPSTEIN BECKER GREEN Case 3:07-cv-02820-MEJ   Document 36   Filed 06/03/2008   Page 1 of 2 PAGE 03/04

05/29/2008 15:25 925-932-9468 PATRICE R ZABELL, ESQ PAGE 02/03

1  PATRICE R. ZABELL, SBN# 215459
2  LAW OFFICES OF PATRICE R. ZABELL
   2700 Ygnacio Valley Road, Suite 237
3  Walnut Creek, California 94598-3463
   Telephone:  (925) 932-9455
4  Facsimile:  (925) 932-9468
5
   Attorney for Plaintiff
6  Marilee McGregor
7

8           UNITED STATES DISTRICT COURT
9       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO
10

11 MARILEE McGREGOR,                    Case No. 3:07-CV-02820-MEJ
12       Plaintiff,
                                        NOTICE OF SETTLEMENT AND
13 vs.                                  STIPULATION OF DISMISSAL

14 AMERICAN DIABETES                    Dept:  Courtroom B, 15th Floor
   ASSOCIATION; and DOES 1-10,          Judge: Hon. Maria-Elena James
15 inclusive,
16       Defendants.
17

18       As previously reported in a Joint Case Status Report filed with this Court on May 14,
19 2008, the parties in this matter have settled all of their disputes. All necessary documentation
20 has been executed by the parties.
21       Accordingly, plaintiff, MARILEE McGREGOR, and defendant, AMERICAN
22 DIABETES ASSOCIATION, by and through their respective counsel, hereby stipulate to
23 dismiss this matter with prejudice.
24
25 Dated: ___5/29___, 2008          LAW OFFICES OF PATRICE R. ZABELL
26
27                                  By: _____Patrice Zabell_____
                                        Patrice R. Zabell
28                                      Attorney for Plaintiff, Marilee McGregor

LAW OFFICES OF
PATRICE R. ZABELL
2700 Ygnacio Valley Road
Suite 237
Walnut Creek, CA 94598
TEL: (925) 932-9455
FAX: (925) 932-9468

1  NOTICE OF SETTLEMENT AND STIPULATION
   OF DISMISSAL   Case No. 3:07-CV-02820-MEJ

1  Dated: May 29, 2008              EPSTEIN BECKER & GREEN, P.C.

3                                   By: _____
4                                       Jang Hyuk-Im
                                        Attorney for Defendant
5  The Clerk of Court shall close the file.  American Diabetes Association

6  Dated: June 3, 2008



IT IS SO ORDERED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LAW OFFICES OF
PATRICE R. ZABELL
2700 Ygnacio Valley Road
Suite 237
Walnut Creek, CA 94598
TEL: (925) 932-9455
FAX: (925) 932-9468

2  NOTICE OF SETTLEMENT AND STIPULATION
   OF DISMISSAL   Case No. 3:07-CV-02820-MEJ